# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2014

### NO. 03-12-00511-CV

**Southwest Royalties, Inc., Appellant**

**v.**

**Susan Combs, Comptroller of Public Accounts of the State of Texas; and
Greg Abbott, Attorney General of the State of Texas, Appellees**

### APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on April 30, 2012. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The

appellant shall pay all costs relating to this appeal, both in this Court and the court below.